**MASSACHUSETTS BAY, INSURANCE COMPANY, Plaintiff/Respondent,**

v.

**Kenneth J. HAAS, Defendant/Appellant.**

**No. 71543.**

Missouri Court of Appeals,
Eastern District,
Division Four.

July 29, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 22, 1997.

Application to Transfer Denied
Nov. 25, 1997.

William J. Travis, Greensfelder, Hemker & Gale, P.C., St. Louis, for Appellant.

Robert W. Cockerman, T. Michael Ward, David P. Bub, Brown & James, P.C., St. Louis, for Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### *ORDER*

PER CURIAM

Defendant, Kenneth J. Haas, appeals from the entry of summary judgment in favor of Massachusetts Bay Insurance Company, in the circuit court of St. Louis County.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holdings.